**United States District Court**
Western District of Texas
El Paso Division

FILED
Apr 26 2013
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**UNITED STATES OF AMERICA** §
§
vs. § Case Number: EP:13-CR-00381(1)-FM
§
**(1) GREGORIO LOPEZ-LOZANO** §
§
*Defendant*

## ORDER RESETTING PLEA

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for PLEA in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

<u>**Monday, April 29, 2013 at 2:00 PM**</u>

     IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.  Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

IT IS SO ORDERED on 26th day of April, 2013.

_____
ANNE T. BERTON
U.S. MAGISTRATE JUDGE